The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RONALD MORGAN, as attorney-in-fact for HELGA NEUSS,<br><br>Plaintiff,<br><br>vs.<br><br>SEABOURN CRUISE LINE LIMITED,<br><br>Defendant. | CASE NO: 2:20-cv-00770-BJR<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES** |

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES (Case No.: 2:20--cv-00770-BJR) Page - 1 -

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

Defendant SEABOURN CRUISE LINE, LTD. and Plaintiff RONALD MORGAN, as attorney-in-fact for HELGA NEUSS, through their respective counsel of record, collectively (the "Parties"), hereby submit this joint Stipulation to continue expert designations, the discovery cutoff and the dispositive motion cutoff by approximately one month. The Parties assert that there is good cause to amend the Order Setting Trial Dates and Related Dates (Dkt. 13). The request for the continuance is based on the following:

1. This action seeks damages resulting from the alleged personal injuries to Plaintiff Helga Neuss, who was a passenger aboard the SEABOURN QUEST cruise vessel when she allegedly suffered a stroke while on board. Plaintiff alleges that Seabourn was negligent in conducting the medical evacuation of Ms. Neuss, contributing to her injuries.

2. The parties conferred completed their Rule 26(f) conference in July of 2020, during the relatively early days of the ongoing COVID-19 pandemic. At the time it was not expected that the stoppage of the cruise industry operations would persist through the end of the year. This continued stoppage of international cruise operations has significantly hampered the ability of the parties to obtain needed discovery in this case.

3. Defendant Princess Cruise Lines expects to remain on lockdown through the end of 2020, with limited personnel at its Santa Clarita Headquarters and the vast majority of its mostly international crewmembers sent home. Defendant expects these conditions to persist through the end of 2020, and potentially into 2021.

4. The crewmembers involved in Plaintiff's medical disembarkation from the vessel are either serving onboard Seabourn vessels overseas or are have been sent home internationally. Seabourn and Plaintiff's counsel have been working together to secure depositions of the crewmembers involved, but this has been rendered more difficult due to the international aspect of completing their deposition.

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE PRETRIAL DATES
(Case No.: 2:20--cv-00770-BJR) Page - 2 -

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

5. Counsel have been working to obtain medical records relating to Plaintiff's treatment subsequent to her disembarkation in Scotland. Obtaining these records has taken longer than expected.

6. Given the continued difficulties with international travel and quarantine rules, the parties seek additional time to complete their discovery and secure expert testimony. Since Plaintiff's allegations relate closely to the medical documentation and decision-making a complete medical file and extensive expert testimony will be necessary. An extension of the expert designation and discovery deadlines will permit the parties to obtain further medical records and properly designate their experts and produce complete expert reports.

7. The parties have not previously requested or been granted any continuances or modifications to the Court's Order Setting Trial Dates and Related Dates (Dkt. No. 13). The requested continuance will not interfere with this Court's trial schedule as currently set.

8. In light of the above, the Parties submit there is good cause for the continuance reflected in the Parties' proposed schedule. Therefore, the parties respectfully request an approximately 35-day continuance to the deadlines below:

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| Reports from expert witness under FRCP 26(a)(2) due | January 4, 2021 | February 8, 2021 |
| Discovery Completed by | February 3, 2021 | March 10, 2021 |
| All dispositive motions must be filed by | March 5, 2021 | April 9, 2021 |

All other dates, including trial, will remain the same.

IT IS SO STIPULATED.

/ / /

/ / /

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES (Case No.: 2:20--cv-00770-BJR) Page - 3 -

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

**FOR PLAINTIFFS**

Date:  December 15, 2020                                LEESFIELD SCOLARO PA

                                                        By:  */s/ Thomas Graham*
                                                             Thomas Graham/WSBA #89043
                                                             Thomas Scolaro
                                                             LEESFIELD SCOLARO PA
                                                             2350 South Dixie Highway
                                                             Miami, FL 33133
                                                             Phone:  (305) 854-4900
                                                             Email:  graham@leesfield.com
                                                             Email:  scolaro@leesfield.com


                                                        BUDGE & HEIPT

                                                        By:  */s/ Edwin S. Budge*
                                                             Edwin S. Budge
                                                             BUDGE & HEIPT
                                                             808 E. Roy Street
                                                             Seattle, WA 98102
                                                             Phone:  (206)-624-3060
                                                             Email:  ed@budgeandheipt.com
                                                             Email:  sally@budgeandheipt.com


**FOR DEFENDANT**

Date:  December 15, 2020                                FLYNN, DELICH & WISE LLP

                                                        By:  */s/Nicholas S. Politis*
                                                             Nicholas S. Politis, WSBA #50375
                                                             Attorneys for Defendant
                                                             Flynn, Delich & Wise LLP
                                                             One World Trade Center, Suite 1800
                                                             Long Beach, CA 90831-1800
                                                             Telephone:  (562) 435-2626
                                                             Email: nicholasp@fdw-law.com

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES (Case No.: 2:20--cv-00770-BJR) Page - 4 -

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of December 2020.

*Barbara J. Rothstein*
_____
Barbara J. Rothstein
United States District Judge