The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RONALD MORGAN, as attorney-in-fact for HELGA NEUSS,<br><br>Plaintiff,<br><br>vs.<br><br>SEABOURN CRUISE LINE LIMITED,<br><br>Defendant. | CASE NO: 2:20-cv-00770-BJR<br><br>**STIPULATION AND ORDER TO ALLOW EXPERT DEPOSITIONS AFTER EXCHANGE OF EXPERT WITNESS REBUTTAL REPORTS AND DESIGNATIONS** |

/ / /

/ / /

/ / /

1  Defendant SEABOURN CRUISE LINE, LTD. and Plaintiff RONALD MORGAN, as attorney-in-fact for HELGA NEUSS, through their respective counsel of record, collectively (the "Parties"), hereby submit this joint Stipulation to allow expert depositions in the three weeks following the date for rebuttal expert designations and reports. expert designations, the discovery cutoff and the dispositive motion cutoff by approximately one month.  The Parties assert that there is good cause to amend the Order Setting Trial Dates and Related Dates (Dkt. 13). The request is based on the following:

1. This action seeks damages resulting from the alleged personal injuries to Plaintiff Helga Neuss, who was a passenger aboard the SEABOURN QUEST cruise vessel when she allegedly suffered a stroke while on board. Plaintiff alleges that Seabourn was negligent in conducting the medical evacuation of Ms. Neuss, contributing to her injuries.  The parties timely designated experts on February 8, 2021, which included neurologists, cruise ship physicians, and life care planners.  Rebuttal expert designations and reports are due on March 10, 2021.

2. The parties wish to exchange and review rebuttal reports and designations prior to expert witness depositions, to allow for complete questioning of each expert. Accordingly it is requested that expert witness depositions may take place up to and including March 26, 2021.   This Court's order set the discovery cutoff date as March 10, 2021 (the same day as expert counter designation and rebuttal reports are due), so the requested extension would allow the parties approximately 2 ½ weeks after those experts and reports are disclosed to complete expert depositions.

3. The requested expert deposition window will not interfere with any other dates set by the court.  All other dates, including trial, will remain the same.

/ / /

/ / /

Stipulation and Order to Allow Expert Depos After
Exchange of Expert Witness Rebuttal Rpts and Designations
(Case No.: 2:20--cv-00770-BJR) Page - 2 -

1  IT IS SO STIPULATED.

2

3  **FOR PLAINTIFFS**

4  Date:  February 24, 2021                    LEESFIELD SCOLARO PA

5                                              By: */s/ Thomas Graham*
                                                Thomas Graham/WSBA #89043
6                                               Thomas Scolaro
                                                LEESFIELD SCOLARO PA
7                                               2350 South Dixie Highway
                                                Miami, FL 33133
8                                               Phone:  (305) 854-4900
                                                Email:  graham@leesfield.com
9                                               Email:  scolaro@leesfield.com

10
                                                BUDGE & HEIPT
11
                                                By: */s/ Edwin S. Budge*
12                                              Edwin S. Budge
                                                BUDGE & HEIPT
13                                              808 E. Roy Street
                                                Seattle, WA 98102
14                                              Phone:  (206)-624-3060
                                                Email:  ed@budgeandheipt.com
15                                              Email:  sally@budgeandheipt.com

16
   **FOR DEFENDANT**
17
   Date:  February 24, 2021                    FLYNN, DELICH & WISE LLP
18
                                                By: */s/Nicholas S. Politis*
19                                              Nicholas S. Politis, WSBA #50375
                                                Attorneys for Defendant
20                                              Flynn, Delich & Wise LLP
                                                One World Trade Center, Suite 1800
21                                              Long Beach, CA 90831-1800
                                                Telephone:   (562) 435-2626
22                                              Email: nicholasp@fdw-law.com

23

Stipulation and Order to Allow Expert Depos After
Exchange of Expert Witness Rebuttal Rpts and Designations
(Case No.: 2:20--cv-00770-BJR) Page - 3 -

**ORDER**

Having reviewed the stipulation of the parties (Dkt. No. 16), the Court ORDERS that expert witness depositions in this matter may take place up to and including March 26, 2021.

Dated this 24th day of February 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Stipulation and Order to Allow Expert Depos After
Exchange of Expert Witness Rebuttal Rpts and Designations
(Case No.: 2:20--cv-00770-BJR) Page - 4 -