The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RONALD MORGAN, as attorney-in-fact for HELGA NEUSS,<br><br>Plaintiff,<br><br>vs.<br><br>SEABOURN CRUISE LINE LIMITED,<br><br>Defendant. | CASE NO: 2:20-cv-00770-BJR<br><br>STIPULATION AND ORDER TO CONTINUE REBUTTAL EXPERT DESIGNATION AND REPORTS; EXPERT WITNESS DEPOSITION COMPLETION DATE; AND LAST DAY TO FILE DISPOSITIVE MOTIONS |

/ / /

/ / /

/ / /

Defendant SEABOURN CRUISE LINE, LTD. and Plaintiff RONALD MORGAN, as attorney-in-fact for HELGA NEUSS, through their respective counsel of record, collectively (the "Parties"), hereby submit this joint Stipulation to continue the time to complete expert rebuttal reports/witnesses, expert depositions, and the last day to file dispositive motions, by one week each. The Parties assert that there is good cause to amend the Order Setting Trial Dates and Related Dates (Dkt. 13). The request is based on the following:

1. This action seeks damages resulting from the alleged personal injuries to Plaintiff Helga Neuss, who was a passenger aboard the SEABOURN QUEST cruise vessel when she allegedly suffered a stroke while on board. Plaintiff alleges that Seabourn was negligent in conducting the medical evacuation of Ms. Neuss, contributing to her injuries. The parties timely designated experts on February 8, 2021, which included neurologists, cruise ship physicians, and life care planners. Depositions of critical medical staff on the Seabourn Cruise ship (Dr. Gunzel, the treating physician and Nurse Venancio, the attending nurse) occurred on February 3rd and 4th, respectively. Despite multiple inquiries and demands, the reporter still has not completed the transcripts for these depositions. The one-week extension of deadlines is requested so that the parties' experts can include this critical testimony in their rebuttal reports and to allow depositions and filing of motions accordingly, as follows:

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| Last day for rebuttal expert witnesses and reports | March 10, 2021 | March 17, 2021 |
| Last day for expert depositions | March 26, 2021 | April 2, 2021 |
| All dispositive motions must be filed by | April 9, 2021 | April 16, 2021 |

Stipulation and Order to Continue Rebuttal Expert
Designation and Rpts; Expert Witness Depo Completion Date;
and Last Day to File Dispositive Motions
(Case No.: 2:20--cv-00770-BJR) Page - 2 -

2. The requested one-week continuance of the above dates will not interfere with any other dates set by the court.  All other dates, including trial, will remain the same.

IT IS SO STIPULATED.

**FOR PLAINTIFFS**

Date:  March 5, 2021                                    LEESFIELD SCOLARO PA

                                                    By: */s/ Thomas Graham*  
                                                    Thomas Graham/WSBA #89043  
                                                    Thomas Scolaro  
                                                    LEESFIELD SCOLARO PA  
                                                    2350 South Dixie Highway  
                                                    Miami, FL 33133  
                                                    Phone:  (305) 854-4900  
                                                    Email:  graham@leesfield.com  
                                                    Email:  scolaro@leesfield.com

                                                    BUDGE & HEIPT

                                                  By: */s/ Edwin S. Budge*  
                                                    Edwin S. Budge  
                                                    BUDGE & HEIPT  
                                                    808 E. Roy Street  
                                                    Seattle, WA 98102  
                                                    Phone:  (206)-624-3060  
                                                    Email:  ed@budgeandheipt.com  
                                                    Email:  sally@budgeandheipt.com

/ / /

/ / /

/ / /

**FOR DEFENDANT**

Date:  March 5, 2021                                FLYNN, DELICH & WISE LLP

By: /*s/ Nicholas S. Politis*
    Nicholas S. Politis, WSBA #50375
    Attorneys for Defendant
    Flynn, Delich & Wise LLP
    One World Trade Center, Suite 1800
    Long Beach, CA 90831-1800
    Telephone:  (562) 435-2626
    Email: nicholasp@fdw-law.com

### ORDER

The Court, having reviewed the stipulation of the parties (Dkt. No. 18), hereby ORDERS:

1. The deadline for rebuttal expert witnesses and reports is extended to March 17, 2021.

2. The deadline for expert depositions is extended to April 2, 2021.

3. The deadline for filing dispositive motions is extended to April 16, 2021.

Dated:  March 8, 2021

_____
Barbara Jacobs Rothstein
U.S. District Court Judge